# United States District Court

__EASTERN__ DISTRICT OF __CALIFORNIA__


FILED
NOV 6 2006
DISTRICT COURT
OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**ORDER SETTING CONDITIONS OF RELEASE**

RICHARD SANCHEZ
Defendant

Case Number: 1:06 MJ-00278

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) COURTROOM 7

U.S. DISTRICT COURT, JUDGE __Snyder__ on __Nov 15, 2006__ Place __10:00 AM__
                                                        Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

SANCHEZ, Richard              ADDITIONAL CONDITIONS OF RELEASE
06-0278m

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)  (6)  The defendant is placed in the custody of:    **Frances Sanchez**

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
                    CUSTODIAN OR PROXY

(X)  (7)  The defendant shall:
  ( )   (a)   maintain or actively seek employment, and provide proof thereof to the PSO, upon request.
  ( )   (b)   maintain or commence an educational program.
  (X)   (c)   abide by the following restrictions on his personal associations, place of abode, or travel:
              Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to ED/CA, unless otherwise approved in advance by PSO.
  (X)   (d)   not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;
  (X)   (e)   report on a regular basis to the following agency:
              Pretrial Services and comply with their rules and regulations.
  (X)   (f)   not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer;
  (X)   (g)   not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.
  (X)   (h)   refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
  (X)   (i)   submit to drug/alcohol testing as directed by PSO.
  (X)   (j)   not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer;
  (X)   (k)   not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer;
  (X)   (l)   The Pretrial Services Officer shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;
  (X)   (m)   not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;
  (X)   (n)   not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
  (X)   (o)   not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
  (X)   (p)   report in person to the Pretrial Services Agency on the first working day following your release from custody.
  (X)   (q)   participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system at your own expense.
              **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer.
  (X)   (r)   report prescriptions to Pretrial Services within 48 hours of receipt.
  (X)   (s)   not possess a firearm, destructive device, or other dangerous weapon.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)