1 McGREGOR W. SCOTT
United States Attorney
2 MARIANNE PANSA
Assistant United States Attorney
3 Federal Courthouse, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
5 Attorneys for the Paintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:06CR00378 OWW |
| | ) | |
| RICHARD SANCHEZ | ) | **STIPULATION RE: MOTION FOR** |
| | ) | **CONTINUANCE AND** |
| Defendant | ) | **ORDER** |
| | ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the status conference currently set for **January 23, 2007, at 9:00,** be vacated and rescheduled to **March 6, 2007, at 9:00.** The government has additional discovery to provide to the defense before the case can proceed.

///
///
///
///
///
///
///

1

Therefore, the parties agree that time may be excluded in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Francine Zepeda |
| McGREGOR W. SCOTT | (Consent given to sign) |
| United States Attorney | Francine Zepeda |
| by: MARIANNE A. PANSA | Attorney for the Defendant |
| Assistant United States Attorney | RICHARD SANCHEZ |
| Attorney for the Plaintiff | |
| | |
| Date : January 18, 2007 | Date : January 18, 2007 |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   January 18, 2007**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

2