```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>RICHARD SANCHEZ,<br><br>　　　　　*Defendant.* | No. 1:06-cr-00378 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND [PROPOSED] ORDER THEREON<br><br>Date:　April 13, 2007<br>Time:　9:00 A.M.<br>Judge:　Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for March 9, 2007, may be continued to April 13, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of defense counsel because she is scheduled to be out-of-state and will not be available for court on the date now set for hearing.  Counsel for defendant also needs further time to review the evidence in this matter and to pursue investigation in the case prior to the hearing.  Additionally, counsel for the government requests time to prepare the matter before the next hearing.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 28, 2007          By: /s/ Marianne A. Pansa
                                       MARIANNE A. PANSA
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: February 28, 2007          By: /s/ Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       Richard Sanchez

## **O R D E R**

**The Court has reviewed the stipulation and requests. The Court finds that the reasons stated constitute good cause to continue the status hearing, and also to exclude time.** Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 2, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2