1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICHARD SANCHEZ

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:06-cr-00378 LJO
                                       )
12            *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING DATE AND
13       v.                            )   [PROPOSED] ORDER THEREON
                                       )
14  RICHARD SANCHEZ,                   )   Date:    May 18, 2007
                                       )   Time:    9:00 A.M.
15            *Defendant.*             )   Judge:   Hon. Lawrence J. O'Neill
    _____   )
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel, that **the status conference hearing in the above-captioned matter now set for April 13, 2007,**

20  **may be continued to May 18, 2007, at the hour of 9:00 A.M.**

21       This continuance is at the request of counsel for the defendant and for the government.  Defense

22  counsel is scheduled to be out of the office on April 13, 2007, the date now set for hearing.  She needs

23  additional time to do defense investigation prior to the hearing.  Additionally, this case is being reassigned

24  to a different prosecutor, and the requested continuance will allow her time to review the case and provide

25  the defense a plea offer prior to the next hearing.  The requested continuance will conserve time and

26  resources for both parties and the court.

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2    of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

3    3161(h)(8)(B)(i) and (iv).   Because the hearing is being set so far out (to May 18, 2007), on that date

4    either a plea will be taken or a trial date set.

5                                                                McGREGOR W. SCOTT
                                                                 United States Attorney
6

7    DATED:  April 10, 2007                         By:  /s/   Marianne A. Pansa
                                                          MARIANNE A. PANSA
8                                                         Assistant United States Attorney
                                                          Attorney for Plaintiff
9

10                                                               DANIEL J. BRODERICK
                                                                 Federal Public Defender
11

12   DATED:  April 10, 2007                         By:  /s/   Francine Zepeda
                                                          FRANCINE ZEPEDA
13                                                        Assistant Federal Defender
                                                          Attorneys for Defendant
14                                                        Richard Sanchez

15

16

17                                      **O R D E R**

18        **On the grounds stated in the instant request, good cause exists both for the continuance**

19   **and for the exclusion of time.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

20   3161(h)(8)(B)(i) and (iv).

21

22

23   IT IS SO ORDERED.

     **Dated:    April 10, 2007**                        **/s/ Lawrence J. O'Neill**
24                                                        UNITED STATES DISTRICT JUDGE

25

26

27

     Stipulation to Continue Status Conference
28   Hearing; [Proposed] Order                     2