DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00378 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. | |
| RICHARD SANCHEZ, | Date: June 22, 2007<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for May 18, 2007, may be continued to June 22, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of counsel for the defendant and for the government. Defense counsel is scheduled to be out of the office on May 18, 2007, the date now set for hearing. She needs additional time to do defense investigation prior to the hearing, including meeting with the agent for review of discovery materials, including computer images. The agent is located in San Francisco which will require coordination of a mutually convenient meeting date. Additionally, due to Counsel for Plaintiff's calendar, he will not be available prior to June 22nd. The requested continuance will conserve time and resources for both parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 16, 2007                    By: /s/ David L. Gappa
                                       DAVID L. GAPPA
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: May 16, 2007                    By: /s/ Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       Richard Sanchez


**O R D E R**

**The stipulation includes good cause to continue and to exclude time.  The Court expects counsel to be ready to accomplish something substantive at the hearing set on June 22nd.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 16, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                      2