DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>RICHARD SANCHEZ,<br><br>    *Defendant.* | No. 1:06-cr-00378 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:   July 6, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for June 22, 2007, may be continued to July 6, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of counsel for the defendant. Counsel has reviewed several hours of discovery in this matter at the U.S. Attorney's Office, and there are still several hours more discovery to review. Counsel also received a plea offer from the government on May 31, 2007, which she needs to discuss with her client. Additionally, counsel is currently scheduled to be in trial on June 13, 2007, in the matter of *U.S. v. Shaun Kane*, 1:04-cr-05116 AWI, on June 19, 2007, in the matter of *U.S. v. Maria Zamudio*, 1:06-cr-00090 OWW; and on June 26, 2007, in the matter of *U.S. v. Daryn Smith*, 1:05-cr-00472 OWW, and will need adequate time for trial preparation in those cases in addition to her normal court hearing calendar. Counsel needs time to arrange a mutually convenient time with the case Agent in this matter to review the remaining discovery, and for adequate case preparation prior to the hearing, as

well as a review of the discovery and the plea offer with her client prior to the hearing. The requested continuance will conserve time and resources for both parties and the court.

The parties anticipate that the defendant will either enter a guilty plea at the next appearance, or the parties will set the matter for trial on that date.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DANIEL J. BRODERICK
Federal Public Defender

DATED: June 4, 2007                         By: /s/  Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            Richard Sanchez

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: June 4, 2007                         By: /s/  David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

**O R D E R**

THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION. BASED ON THE REASONS THEREIN STATED, GOOD CAUSE EXISTS TO CONTINUE AND TO EXCLUDE TIME. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 5, 2007**                   /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                           2