DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00378 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING DATE AND ORDER THEREON |
| v. | ) ) | |
| RICHARD SANCHEZ, | ) ) | Date:   December 7, 2007 Time:   9:00 A.M. |
| Defendant. | ) ) | Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-captioned matter now set for October 12, 2007, may be continued to December 7, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of counsel for the defendant who is out of her office due to a family emergency and because counsel will need additional time for preparation of a sentencing memorandum addressing those issues relevant to the case prior to the hearing.  The requested continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that time exclusion is not necessary because this is a sentencing hearing, but that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(1)(A), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DANIEL J. BRODERICK
Federal Public Defender

DATED:  October 10, 2007           By: /s/   Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Richard Sanchez


McGREGOR W. SCOTT
United States Attorney

DATED:  October 10, 2007           By:  /s/   David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**Good cause exists to continue and to exclude time.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    October 10, 2007**                    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE